UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-7691

**Case Name** Yesue, et al. v. City of Sebastopol

**Counsel submitting this form** William S. Freeman

**Represented party/parties** D. Yesue; Sonoma Cnty. Acts of Kindness; J. Wetch

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2022 Defendant City of Sebastopol enacted an ordinance that imposed severe restrictions on the parking of any "recreational vehicle," which the City defined as any vehicle "designed or modified for human habitation." Plaintiffs, several unhoused persons and a nonprofit organization that serves the unhoused, sought to enjoin the Ordinance on the grounds that it violated a number of provisions of the United States and California constitutions, as well as statutory protections for persons with disabilities. Specifically, Plaintiffs claimed, among other things, that the Ordinance is void for vagueness, denies unhoused persons equal protection of the laws, infringes on their right to travel, violates their right to be free from unlawful seizures of their vehicular homes, and denies them due process of law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

The Plaintiffs moved for partial summary judgment as to two claims (void for vagueness and equal protection). Defendant moved for summary judgment as to all claims, and challenged the standing of some of the plaintiffs. The District Court upheld the standing of all but one of the Plaintiffs; denied Plaintiffs' motion for partial summary judgment; granted Defendant's motion for summary judgment as to all claims; and entered final judgment in favor of Defendant.

Plaintiffs' appeal challenges multiple reversible errors that infected the district court's summary-judgment decision. In particular, the district court (1) misapplied Rule 56 by weighing the credibility of the parties' evidence and resolving disputed issues of material fact in the moving party's favor; and (2) held Plaintiffs to an erroneous and improperly onerous legal standard for facial constitutional challenges. The district court also committed several independent legal errors in its analysis of Plaintiffs' specific constitutional claims.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** s/William S. Freeman   **Date** 12/27/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Rev. 09/01/22*

2